BOWERY SAVINGS BANK, Respondent, v. 185 MONTAGUE STREET, INC., et al., Appellants, et al., Defendants.— Order granting plaintiff summary judgment as to the first and second causes of action set forth in its amended complaint, severing the action as to the balance thereof, striking out the answer of appellants as to the first and second causes of action and directing judgment in favor of plaintiff accordingly, unanimously affirmed, with ten dollars costs and disbursements. The appellants, by failing to deny the allegations contained in paragraphs 15, 16, 17 and 18, admitted that the vault in question was installed by the then owner of the building. Consequently the vault became a fixture and subject to the lien of the mortgage pursuant to the terms of the subsequent extension agreement. The appellants failed to raise any issue by the statement inconsistent with the facts thus admitted. (Civ. Prac. Act, § 261; *Rodgers* v. *Clement*, 162 N. Y. 422, 428.) Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

ELIZABETH BURKE et al., Respondents, v. CATHERINE E. TOOMER et al., Appellants.— Action by plaintiff wife to recover damages for personal injuries, and by plaintiff husband for expenses and loss of services resulting from a collision of two automobiles. Judgment entered on the verdict of a jury in favor of plaintiffs, as reduced by stipulation, unanimously affirmed, with costs, pursuant to the provisions of section 106 of the Civil Practice Act. Appeal from the order denying the motion for a new trial dismissed, without costs. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ.

JOSEPH CIVETTE, Respondent, v. STORCH LEASING CORPORATION et al., Appellants.— Action to recover damages for personal injuries sustained by plaintiff on a public highway when struck by a truck owned and under the control of the corporate defendants and operated by the individual defendant. Judgment in favor of the plaintiff and against the defendants reversed on the facts and a new trial granted, with costs to abide the event, unless within ten days from the entry of the order hereon plaintiff stipulate to reduce the verdict to the sum of $2,500, in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion the verdict is excessive. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.